# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW MARKS, | No. 4:21-CV-00307 |
| Plaintiff, | (Judge Brann) |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 16th day of July 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 4) is **GRANTED**.

2. Plaintiff may file an amended complaint by July 30, 2021. If no amended complaint is filed by that date, the action will proceed on Count 1.

3. If no amended complaint is filed, Defendant's answer will be due no later than August 20, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge